**Ruling Issued October 10, 2017 Withdrawn, Motion Denied as Moot, and Order filed October 24, 2017.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-17-00561-CV

————————

**CAROLE EHLERT BENTLEY, INDEPENDENT EXECUTRIX OF THE ESTATE OF LEIGH JOHN BENTLEY, SR.-DECEASED, Appellant**

**V.**

**DUANE BENTLEY PECK, INDIVIDUALLY AND AS TRUSTEE OF THE STELLA BENTLEY FAMILY TRUST; LEIGH JOHN BENTLEY D/B/A SECOND AMENDMENT SHOOTING CENTER, Appellees**

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-202291**

## ORDER

On October 10, 2017, this court issued a ruling taking no action on appellee's, Leigh John Bentley d/b/a Second Amendment Shooting Center's, motion for additional time to retain counsel. The ruling stated this court no longer has plenary power over this appeal. This ruling was issued in error and is

withdrawn.

We construe appellee's motion as a motion to extend time to file a brief. Appellee's brief is not yet due. Appellees' brief(s) will be due 30 days after appellant's brief is filed. Currently, appellant's brief is due October 25, 2017. Accordingly, we deny appellee's motion as moot.

Accordingly, our ruling of October 10, 2017 is withdrawn and appellee's motion is denied as moot.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.